**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                        CASE NO:  16-30874

Lashondra G Agnew
                                                                              Chapter 13

SSN# : XXX-XX-6591

## MOTION OF TRUSTEE TO MODIFY PLAN

The undersigned, being the Standing Trustee for the debtor listed above, hereby moves the court as follows:

Subsequent to the confirmation, the trustee has reviewed this case and believes the plan of the debtor will no longer meet the requirements of the bankruptcy code due to the following reason:

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Scheduled Claim Amnt | Asserted Claim Amnt | Claim Type |
|---|---|---|---|---|---|---|
| 4 | 3,8 | WELLS FARGO BANK NA | 6225 | $61,686.00 | $62,154.10 | M-Mortgage/Lease |

Post confirmation, WELLS FARGO BANK NA filed a Notice of Mortgage Payment Change (NPC) which increased the debtor's monthly conduit payment. The plan is not sufficient to pay all claims as required by the order of confirmation and applicable law.

**The trustee recommends that the plan be modified as follows :**

Your monthly plan payment will be increased to $795.00.

Base will be adjusted as needed.

DATED: August 22, 2017                                    Warren L. Tadlock
                                                         Standing Chapter 13 Trustee
                                                         5970 Fairview Road, Suite 650
                                                         Charlotte, NC  28210-2100

**"Important Information on Reverse Side"**

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

IN RE:
Lashondra G Agnew

CASE NO:  16-30874

SSN# :   XXX-XX-6591

Chapter 13

**NOTICE OF OPPORTUNITY FOR HEARING**

The Chapter 13 trustee has filed papers in the bankruptcy case for the debtor named above requesting a
Motion to Modify Plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your
attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to
consult one.**

If you do not want the court to grant the relief requested by the trustee in the motion, or if you want the court to
consider your views on the motion, then by September 12, 2017 you or your attorney must file with the court a
written response to the motion and a request for a hearing at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> 401 W Trade St.
> Charlotte, NC  28202

If you **mail** your response to the court for filing, you must mail it early enough for the court to  **receive** it on or
before the deadline stated above.

If you file a response, then a hearing on the trustee's motion will be held at the following time and place:

Date: September 26, 2017          Time: 11:30 AM

Location:        CHARLES JONAS FEDERAL BUILDING
                 COURTROOM 1-5
                 401 WEST TRADE STREET
                 CHARLOTTE, NC 28202-1619

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought
in the motion and may enter an order granting that relief.

Dated:  August 22, 2017

Warren L. Tadlock
Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC  28210-2100

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

Lashondra G Agnew

CASE NO:  16-30874

SSN# :  XXX-XX-6591

Chapter 13

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on August 22, 2017.

D. Morales
Office of the Chapter 13 Trustee

AMERICAN EXPRESS CENTURION BANK, C/O BECKET & LEE LLP, PO BOX 3001, MALVERN, PA 19355

AMERICAS SERVICING COMPANY, PO BOX 10328, DES MOINES, IA 50306

BROCK & SCOTT PLLC, 5121 PARKWAY PLAZA DR STE 300, CHARLOTTE, NC 28217

CAPITAL ONE BANK (USA) NA, PO BOX 71083, CHARLOTTE, NC 28272

CHASE/BANK ONE, PO BOX 15298, WILMINGTON, DE 19850

CITICARDS, 701 E 60TH STREET N, SIOUX FALLS, SD 57104

FIFTH THIRD BANK, MS #RSCB3E, 1830 EAST PARIS SE, GRAND RAPIDS, MI 49546

FIFTH THIRD BANK, PO BOX 9013, ADDISON, TX 75001

INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101

Lashondra G Agnew, 1308 Milan Rd, Charlotte, NC 28216

LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603

MECKLENBURG COUNTY TAX COLLECTOR, PO BOX 31637, ATTENTION: BANKRUPTCY DEPARTMENT, CHARLOTTE, NC 28231

MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090

NC DEPT OF REVENUE BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602

STATE EMPLOYEES CREDIT UNION, ATTN BANKRUPTCY DEPARTMENT, PO BOX 25279, RALEIGH, NC 27611

WELLS FARGO BANK NA, MAC Q2132-023, PO BOX 94423, ALBUQUERQUE, NM 87199

WELLS FARGO BANK NA, PAYMENT PROCESSING, MAC #X2302-04C, ONE HOME CAMPUS, DES MOINES, IA 50328

WELLS FARGO BANK, MAC F82535-02f, PO BOX 10438, DES MOINES, IA 50306

Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700

WELLS FARGO CARD SERVICES, PO BOX 9210, DES MOINES, IA 50306

WELLS FARGO CARDS SERVICES, 1 Home Campus, 3rd Floor, Des Moines, IA 50328

Total Served:21

UNDELIVERABLE MAIL (Insufficient Mailing Address)

Total:0